1024

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN H. NIEMEIER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-1-00026-7, Donald W. Schacht, J., entered July 3, 2000. *Affirmed* by unpublished per curiam opinion.

PETROCARD SYSTEMS, INC., *Respondent*, v. DEER PARK TRANSFER, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-00620-2, Linda G. Tompkins, J., entered August 14, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. RAY VALENCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-1-00537-3, C. James Lust, J., entered September 6, 2000. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Kato, J.

SHARON HOSETH, *Appellant*, v. THE MASONIC TEMPLE ASSOCIATION OF SPOKANE, WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-02824-9, Salvatore F. Cozza, J., entered December 6, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.